# IN THE COURT OF APPEALS OF IOWA

No. 17-0981
Filed June 20, 2018

**DARON CHAYTON KENT,**
        Applicant-Appellant,

**vs.**

**STATE OF IOWA,**
        Respondent-Appellee.

_____

        Appeal from the Iowa District Court for Polk County, David M. Porter, Judge.


        Daron Kent appeals the summary dismissal of his postconviction-relief application. **AFFIRMED.**


        Mark C. Smith, State Appellate Defender, and Maria L. Ruhtenberg, Assistant Appellate Defender, for appellant.

        Thomas J. Miller, Attorney General, and Zachary C. Miller, Assistant Attorney General, for appellee State.



        Considered by Vaitheswaran, P.J., Tabor, J., and Scott, S.J.*

        *Senior judge assigned by order pursuant to Iowa Code section 602.9206 (2018).

**SCOTT, Senior Judge.**

Daron Kent appeals the summary dismissal of his postconviction-relief application. On June 9, 2015, the district court imposed sentence on Kent's conviction of second-degree robbery. Kent was sentenced to a term of imprisonment not to exceed ten years, with a mandatory minimum of seven years. *See* Iowa Code § 902.12(5) (2015). Kent filed a postconviction-relief application in November 2016 and an amended application in May 2017. Among his arguments was a contention that equal protection requires his sentence to be reconsidered in light of the legislature's recent amendment to Iowa Code section 902.12. *See* 2016 Iowa Acts ch. 1104, § 8. The district court granted the State's subsequent motion for summary dismissal, concluding the statutory amendment is to be applied prospectively only.

Having reviewed and considered Kent's argument on appeal, we repeat our position that the legislative amendment at issue here does not give rise to equal-protection infirmities, and we affirm the summary dismissal of Kent's application without further opinion pursuant to Iowa Court Rule 21.26(1)(a), (c), and (e). *See Clayton v. Iowa Dist. Ct.*, 907 N.W.2d 824, 825–30 (Iowa Ct. App. 2017), *further review denied* (Jan. 16, 2018); *see also Kelly v. State*, No. 17-0895, 2018 WL 2230554, at *1–2 (Iowa Ct. App. May 16, 2018); *Monroe v. State*, No. 17-1266, 2018 WL 2230724, at *1–2 (Iowa Ct. App. May 16, 2018).

**AFFIRMED.**